**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director and
Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 12, 2025

**MEMO ENDORSED**

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:** *United States v. Malachi Celestine,*
            **25 Cr. 321 (ER)**

Dear Judge Ramos:

    I write to respectfully request a 45-day adjournment of the sentencing proceeding in the above-captioned case and related deadlines, including the disclosure deadlines for Probation. Presently, sentencing is scheduled for November 25, 2025. The Government does not object to this application.

    An adjournment is necessary to allow the defense to finish and submit its objections to the draft PSR, to allow the Government to respond, and to allow Probation to prepare and disclose the final PSR. The adjournment is further warranted to afford the defense sufficient time to finish gathering materials on Mr. Celestine's behalf bearing on the Court's application of the 18 U.S.C. § 3553(a) factors.

    I thank the Court for its consideration of this unopposed application.

Respectfully submitted,

Andrew J. Dalack
Assistant Federal Defender
(646) 315-1527

Cc: AUSA Ariana Bloom

---

The application to adjourn sentencing and the related deadlines, including the disclosure deadlines for Probation, is granted. Sentencing is adjourn to January 7, 2026, at 10:30 a.m. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 11/13/2025
New York, New York