# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

December 24, 2025

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The request is granted.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: December 29, 2025
> New York, New York

**Re:** *United States v. Malachi Celestine,*
**25 Cr. 321 (ER)**

Dear Judge Ramos:

I write on behalf of the parties regarding the filing deadlines for the parties' respective sentencing submissions. Presently, the defense's submission is due this evening and the Government's submission is due December 31, 2025. Due to the courthouse holiday schedule, I respectfully request that the Court accept the defense's sentencing submission on December 26, 2025, and the Government's submission on January 2, 2026. The Government consents to this application.

A happy and healthy holidays and New Year to the Court and its staff.

Respectfully submitted,

Andrew J. Dalack
Assistant Federal Defender
(646) 315-1527

Cc:    AUSA Ariana Bloom